

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
    Patricia O. Alvarez, Justice
    Beth Watkins, Justice

This appeal was originally set for formal submission and oral argument on September 23, 2021 at 2:00 P.M. before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Beth Watkins. On its own motion, the panel WITHDRAWS this submission date and ORDERS this cause set for formal submission and oral argument before this court on September 16, 2021 at 2:00 P.M., before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Beth Watkins.

In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license.

Counsel will receive a separate e-mail that will contain a link for the oral argument.  Counsel are admonished as follows:

1.  The link to Zoom is only for counsel presenting argument and is not to be shared with any other person.  Counsel will need a computer or other electronic device with a camera, a microphone, and access to the Internet.  If counsel intends to present any exhibits during oral argument, any such exhibits must be electronically filed by noon on the day before argument.

2.  The argument will be live streamed to the Court's YouTube channel for the benefit of the public.  The argument can be accessed using the following link:

   https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3.  Counsel are encouraged to familiarize themselves with the Zoom platform.  The Clerk of the Court will contact counsel no later than the week before argument to verify connectivity and equipment.

4.  Counsel must wear court-appropriate attire and choose an appropriate background.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal argument.  If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If either party no longer wishes to present argument, the party must notify this court in writing within seven days of receiving this notice.

**PER CURIAM**

ATTESTED TO:_____
      MICHAEL A. CRUZ,
      CLERK OF COURT